# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Civil Division

Michael Buxbaum

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Walt Disney Co.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____

*(to be filled in by the Clerk's Office)*

RECEIVED MAR 20 2025 PRO SE OFFICE

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Buxbaum |
| Street Address | 7491 N Federal Hwy 125 |
| City and County | Boca Raton and Palm Beach County |
| State and Zip Code | Florida and 33487 |
| Telephone Number | (754) 327-1246 |
| E-mail Address | michaelbuxbaum@icloud.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Walt Disney Co. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | New York and New York |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question XX            Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. 47 U.S. Code § 325 - False, fraudulent, or unauthorized transmissions
2. Professional and Amateur Sports Protection Act PASPA 28 USC Part IV Chapter 178 Sections 3701, 3702, 3703, and 3704

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, _____ *(name)*, is a citizen of the State of _____ *(name)*.

    b. If the plaintiff is a corporation

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(name)*   The plaintiff, _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

   the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under

   the laws of the State of *(name)* _____, and has its

   principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

New York City

B. What date and approximate time did the events giving rise to your claim(s) occur?

2023, 2024, and 2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant, Walt Disney Co., is broadcasting on ESPN and ESPN+ fraudulent sports games and anti-Semitic soccer games to the Plaintiff, Michael Buxbaum, that are not athletically competitive and involve non sports acting such as commentary and gestures that are not relevant to the sports game of Bundesliga soccer and other sports thereby wrongfully and intentionally interfering with the Plaintiff watching Bundesliga and other sports and betting on Bayern Munich thereby preventing the Plaintiff, Michael Buxbaum's real estate business and selling of real estate properties with communications with law enforcement, social workers, and local attorneys to try to control Plaintiff's, Michael Buxbaum's real estate business so that third party purchasers do not enter into a contract with Plaintiff, Michael Buxbaum.

### IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Monetary damages at a later time would not adequately compensate me for the injuries I sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured because Defendant, Walt Disney Co., is broadcasting fraudulent soccer games with fraudulent betting odds on ESPN+ and other sports (i.e. football, baseball, hockey, and basketball) on ESPN Entertainment and Sports Programming Network to the Plaintiff, Michael Buxbaum.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Order, Defendant, Walt Disney Co., to cease broadcasting Bundesliga on ESPN+ pending the litigation of this complaint and request for injunction,
2) Order, Defendant's, Walt Disney Co.'s, suspension of gambling license for Bundesliga games pending the litigation of this complaint and request for injunction,
3) Order, Defendant, Walt Disney Co., to pay Plaintiff, Michael Buxbaum, $5,500,000 for wrongfully interfering in Plaintiff's, Michael Buxbaum's real estate business and selling of real estate properties,
4) Order, Defendant, Walt Disney Co., to pay Plaintiff, Michael Buxbaum, $10,000,000 for wrongful and intentional and repeated violation of 47 U.S. Code § 325 - False, fraudulent, or unauthorized transmissions,
5) Order, Defendant, Walt Disney Co., to broadcast Bundesliga games on ESPN+ under the direct supervision of a Federal Communications Company monitor, and
6) Order, Defendant's, Walt Disney Co.'s, gambling website to be supervised and monitored by the United States Department of Commerce.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

be

I agree to provide the Clerk's Office with any changes to my address where case-related papers may served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 8, 2025

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Printed Name of Plaintiff | Michael Buxbaum |

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address