UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Buxbaum,<br><br>                    **Plaintiff,**<br><br>         -against-<br><br>Walt Disney Co.,<br><br>                    **Defendant.** | **1:25-cv-02339 (AT) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, filed this action on March 20, 2025, and paid the filing fee on March 21, 2025. (*See* Compl., ECF No. 1; 3/21/25 Docket Text Entry (noting payment of fee processed).)

On March 24, 2025, Plaintiff filed two letters addressed to the Clerk of Court requesting that service be made on Defendant by the U.S. Marshals Service. (Letters, ECF Nos. 6 and 7.)

Plaintiff's request is DENIED. Plaintiff is not proceeding *in forma pauperis* ("IFP"), and therefore, is not entitled to rely on the U.S. Marshals Service to effectuate service on Defendant.[1] Plaintiff shall accomplish service on his own.

**SO ORDERED.**

Dated:    New York, New York
          March 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] *See Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013) ("Generally, a *pro se* litigant proceeding *in forma pauperis* is entitled to rely on the U.S. Marshals Service to effect service."); *see also* 28 U.S.C. § 1915(d).