UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

                         **Plaintiff,**

        -against-

Walt Disney Co.,

                         **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

1:25-cv-02339 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of various affidavits, notices of motion and proposed ex parte orders to show cause filed by Plaintiff between April 2, 2025 and April 24, 2025. All of these filings are premature, as Plaintiff has not yet served Defendant in this action.

    Plaintiff is reminded that, pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure, "[t]he plaintiff is responsible for having the summons and complaint served" on the defendant "within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m) provides the plaintiff with 90 days to serve a defendant after the complaint is filed. *See* Fed. R. Civ. P. 4(m). Plaintiff filed the complaint in this action on March 20, 2025 and, thus, the current service deadline is June 18, 2025.

Plaintiff is advised that unless and until Defendant properly has been served with the summons and complaint in this action, any further substantive correspondence from Plaintiff is inappropriate, unless specifically requested or permitted by the Court. *See Muzumala v. Fed. Bureau of Investigation*, No. 22-CV-03789 (JGK), 2022 WL 20088073, at *2 (S.D.N.Y. Dec. 23, 2022).

**SO ORDERED.**

Dated:  New York, New York
        April 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge