```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

        Plaintiff,

-against-

Walt Disney Co.,

        Defendant.

25 Civ. 2339 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff *pro se* brings this action alleging violations of the False Claims Act. *See* Am. Compl., ECF No. 11. On May 28, 2025, the Court referred Defendant's motion to dismiss and Plaintiff's motion seeking damages and penalties against Defendant to the Honorable Stewart D. Aaron. *See* ECF No. 47. On August 26, 2025, Judge Stewart issued a Report and Recommendation ("R&R") , which noted that two previous orders, dated May 28, 2025, and June 3, 2025, which were mailed to Plaintiff at his last-known mailing address, have been returned to the Court as undeliverable. R&R at 10 n.2, ECF No. 58; *see also* ECF Nos. 47, 54. Nonetheless, Plaintiff's most recent filings, dated June 4, 2025, contain Plaintiff's last-known mailing address as listed on the docket. *See* ECF Nos. 55, 57. Other Court orders, including this Court's standing order concerning cases filed by *pro se* plaintiffs, ECF No. 3, have been mailed to Plaintiff's last-known address and have not been returned to the Court as undeliverable. *See, e.g.*, Nos. 3, 5, 8, 27.

    Plaintiff is reminded that it is his duty to maintain an accurate address with the Court. *See* ECF No. 3 at 1 ("[A]ll parties must keep the [C]ourt apprised of any new contact information."). Plaintiff is directed to provide the Court with a current, accurate mailing address by **October 17, 2025**. Failure to do so may result in dismissal of the case without prejudice under ECF No. 3, or dismissal of the case with prejudice upon defendant's motion. *See* Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: September 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge