UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,

        Plaintiff,

    -against-

Walt Disney Co.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _12/16/2025_____

25 Civ. 2339 (AT) (SDA)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

On November 24, 2025, the Court ordered Plaintiff to show cause by December 8, 2025 why this case should not be dismissed for failure to comply with the standing order entered at ECF No. 3.  *See* ECF No. 60; Fed. R. Civ. P. 41(b).  Plaintiff has made no filing arguing that the case should not be dismissed, nor has Plaintiff updated his address with the Court.  Accordingly, the case is DISMISSED without prejudice.  *See* ECF Nos. 59, 60; Report and Recommendation at 10 n.2, ECF No. 58.  All conferences are vacated.  Any pending motions are moot.  The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated:  December 16, 2025
    New York, New York

_____
ANALISA TORRES
United States District Judge